IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-00276 ) |
| v. | ) Honorable Charles P. Kocoras ) |
| THIRD COAST PRODUCTS, LLC d/b/a ILUMEN8, a Colorado company, | ) Magistrate Michael T. Mason ) ) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley") and Defendant Third Coast Products, LLC d/b/a Ilumen8 (collectively, "the Parties"), acting through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, and defenses in this action.

This Joint Motion is submitted pursuant to a Confidential Settlement Agreement between the Parties. The Parties have agreed to bear their own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: January 22, 2020

*/s/ Joel M. Wallace*
Neil Lloyd
Joel M. Wallace
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Fax: (312) 258-5600
nlloyd@schiffhardin.com
jwallace@schiffhardin.com

-1-

        Michael K. Friedland
Lauren Keller Katzenellenbogen
Daniel C. Kiang
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone:  (949) 760-0404
Fax:  (949) 760-9502
michael.friedland@knobbe.com
lauren.katzenellenbogen@knobbe.com
daniel.kiang@knobbe.com

*Attorneys for Plaintiff Oakley, Inc.*

Dated:  January 22, 2020

*/s/ Mark R. Bagley (by permission)*
Mark R. Bagley
TOLPIN & PARTNERS, PC
100 North LaSalle Street, Suite 501
Chicago, Illinois 60602
(312) 698-8971
*Attorney for Defendant Third Coast Products, LLC*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2020, a true and correct copy of the foregoing **JOINT MOTION TO DISMISS WITH PREDJUDICE** was served via the Northern District of Illinois electronic filing system to the following:

Mark R. Bagley
TOLPIN & PARTNERS, PC
100 North LaSalle Street, Suite 501
Chicago, Illinois 60602
(312) 698-8971
mark@tolpinlaw.com

*Attorney for Defendant*
*Third Coast Products, LLC*

/s/ Joel M. Wallace
Joel M. Wallace