# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Oakley, Inc.

                        Plaintiff,

v.                                            Case No.: 1:19–cv–00276
                                                     Honorable Charles P. Kocoras

Third Coast Products, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2020:

      MINUTE entry before the Honorable Charles P. Kocoras: Joint motion to dismiss with prejudice [37] is granted. Civil case terminated. Motion hearing set for 1/30/2020 is stricken, no appearance is required. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.